# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOSE CRISTOBAL CARDONA,** | : | No. 4:10cv2269 |
| Petitioner | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | (Chief Magistrate Judge Carlson) |
| **WARDEN B. A. BLEDSOE,** | : | |
| Respondent | : | |

## ORDER

**AND NOW**, to wit, this 16th day of June 2014, petitioner's motion for relief from judgment (Doc. 41) is **DENIED**.

                                          **BY THE COURT:**

                                          **s/ James M. Munley**
                                          **JUDGE JAMES M. MUNLEY**
                                          **United States District Court**